■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BEVERLY, Appellant.—Judgment unanimously reversed on the law and matter remitted to Onondaga County Court for further proceedings on the indictment. Memorandum: Immediately before defendant entered his plea of guilty, the trial court told him that "if we have to go to trial and work" the court probably would sentence him to 3½ to 7 years, the maximum sentence, "on top of" the sentence for another crime. This statement by the trial court constituted coercion, rendering the plea involuntary *(see, People v Glasper,* 14 NY2d 893; *People v Hollis,* 74 AD2d 585). (Appeal from judgment of Onondaga County Court, Cunningham, J.—attempted promot-

ing prostitution, third degree.) Present—Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.